# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| JANE DOE, by and through her next friends JULIE DOE and JOHN DOE, et al. ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 21-cv-3072 |
| BLUE RIDGE COMMUNITY UNIT SCHOOL DIST. NO. 18, ) ) ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge.**

This matter comes before the Court on Plaintiffs' Motion for Approval of Minor Settlement. See Pls.' Mot., d/e 48. Defendant Blue Ridge Community Unit School District No. 18 does not oppose Plaintiffs' motion. Id. at 1.

In brief, Plaintiffs seek this Court's approval of the parties' proposed settlement of claims brought by Plaintiffs Julie and John Doe on behalf of their daughter, minor Plaintiff Jane Doe. Having reviewed both the motion and Plaintiffs' supplemental briefing, see d/e 49, the Court finds that the proposed settlement of minor

Plaintiff Jane Doe's claims is fair, adequate, and reasonable, especially in light of the complex legal and novel factual issues involved in this matter. The Court further finds that approving the proposed settlement is in the best interest of minor Plaintiff Jane Doe. See generally First Nat. Bank of LaGrange v. Lowrey, 827 N.E.2d 447, 468 (Ill. App. Ct. 2007). Pursuant to 755 ILCS 5/19-8, and for good cause shown, Plaintiffs' motion (d/e 48) is GRANTED.

**IT IS THEREFORE ORDERED THAT:**

1. The proposed settlement (d/e 48-7) is APPROVED.
2. Defendant is DIRECTED to tender the settlement funds as follows:
   1. $500,000.00 to Pacific Life and Annuity Services, Inc., for the purchase of an annuity, with periodic guaranteed lump-sum payments to begin when Jane Doe reaches the age of 18;
   2. $230,850.92 to be deposited into a Special Needs Trust, for the use, benefit, education, maintenance, and support of Jane Doe;
   3. $200,000.00 to Julie Doe;
   4. $200,000.00 to John Doe;

      5. $800,000.00 in attorneys' fees, $360,000.00 of which shall be allocated to The Law Office of Jeff Green, $360,000.00 of which shall be allocated to The Fierberg National Law Group, PLLC, and $80,000.00 of which shall be allocated to Michael Marincic; and

      6. $69,149.08 to Plaintiffs' counsel for reimbursement of litigation costs and expenses.

3. As specified in the parties' settlement agreement, d/e 48-7 at 3–4, this action has been DISMISSED WITH PREJUDICE. All pending deadlines and settings are VACATED. All pending motions are DENIED AS MOOT. No judgment to enter. This case is CLOSED.

**IT IS SO ORDERED.**

**ENTERED: MARCH 31, 2023**

**FOR THE COURT:**

*s/ Sue E. Myerscough*
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**